METROPOLITAN LIFE INSURANCE COMPANY, Appellant, v. ROCHESTER GAS & ELECTRIC CORPORATION, Respondent.— Judgment and order affirmed, with costs. All concur. (The judgment is for defendant for no cause of action in an action for property damage to two houses alleged to have resulted by reason of

negligent maintenance of gas service pipes. The order denies a motion for a new trial.) Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ.